| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ANDREW C. CHEN, an individual, doing business as TECTONICS,<br><br>        Plaintiff,<br><br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, an Connecticut Corporation; and DOES 1 through 20,<br><br>        Defendants. | CASE NO.: 3:19-cv-01535-JAH-LL<br><br>**ORDER GRANTING IN PART JOINT MOTION TO REQUEST CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF NO. 15]** |
| K.O.O. CONSTRUCTION, INC., a California corporation;<br><br>        Counter-Claimant,<br><br>v.<br><br>ANDREW C. CHEN, an individual, doing business as TECTONICS,<br><br>        Counter-Defendant. | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

/ / /

/ / /

1

For good cause shown, the Court **GRANTS IN PART** Use-Plaintiff and Counter-Defendant Andrew C. Chen's dba Tectonics ("Use-Plaintiff") and Defendant and Counter-Claimant K.O.O. Construction, Inc.'s ("Defendant") joint motion requesting a continuance of the Early Neutral Evaluation ("ENE") Conference. The Court finds good cause to grant a continuance of the ENE, but not for the amount of time requested by the parties. Accordingly, the dates are continued as follows:

1. The ENE and Case Management Conference on January 8, 2019 is **VACATED** and **RESET** to **February 10, 2020** at **9:30 a.m.**

2. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than **January 20, 2020**.

3. The parties shall exchange initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1)(A-D) no later than **February 3, 2020**

4. The parties shall file a joint discovery plan on the CM/ECF system no later than **February 3, 2020**.

5. The parties shall submit confidential settlement statements on or before **February 3, 2020**.

6. All other requirements remain as previously set. See ECF No. 8.

**IT IS SO ORDERED**.

Dated: December 23, 2019

_____

Honorable Linda Lopez
United States Magistrate Judge