# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of ANDREW C. CHEN, an individual, doing business as TECTONICS,<br><br>Plaintiff,<br>v.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1-20 inclusive,<br>Defendants.<br><br>K.O.O. CONSTRUCTION, INC., a California corporation,<br>Counter-Claimant,<br>v.<br>ANDREW C. CHEN, an individual, doing business as TECTONICS,<br>Counter-Defendant. | Case No. 3:19-cv-01535-JAH-LL<br><br>**ORDER GRANTING JOINT MOTION FOR RELIEF FROM THE COURT'S ORDER REGARDING THE DEADLINE FOR FILING AMENDED PLEADING (Doc. No. 27).** |

On April 17, 2020, Counter-Claimant K.O.O. Construction, Inc. (hereinafter "KOO Construction") and Counter-Defendant Andrew C. Chen (hereinafter "Andrew Chen") filed a Joint Motion requesting relief from the Court's order dated March 13, 2020, relating to the deadline for Counter-Defendant to file its First Amended Answer adding an affirmative defense regarding lack of standing. The Court having reviewed the motion, and good cause appearing, orders as follows:

1. The Parties' joint motion and requested relief is **GRANTED**;

2. Andrew Chen may file a First Amended Answer to KOO Construction's Counterclaim to plead an affirmative defense regarding "Lack of Standing" **within seven days** of the date of this Order.

IT IS SO ORDERED.

Dated: April 22, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT COURT